UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tina Turner,  Civil No. 17cv01764 PAM/DTS

          Plaintiff,

v.  **ORDER OF DISMISSAL**

Mission Health Communities, LLC, et al.,

          Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   September 12, 2017

                                    *s/ Paul A. Magnuson*
                                    PAUL A. MAGNUSON
                                    United States District Judge